# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHAEL KENDRICK,

    Plaintiff,

v.                                    Case No: 8:13-cv-1512-T-30MAP

SOCIAL SECURITY
ADMINISTRATION, TAMPA
REGIONAL OFFICE,

    Defendant.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua* sponte. A review of the file indicates the Plaintiff has failed to pay the required filing fee. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of June, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-1512 dismissal.docx